

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

RECEIVED

2005 MAY 27 A 9:24

Inmate Identification Number: 42369 - Cell B-1

Henry Lewis Murphy

---

(Enter above the full name(s) of the plaintiff(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

Jimmy Abbett Sheriff
Blake Jenning Jail Administrator
Lt. Carolyn Moss and Sgt. Frazier
Officer Woods Officer William

(Enter above full name(s) of the defendant(s) Am Shift. in this action)

3:05 cv 501 - T

## I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )        No ( )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): _____N/A_____

Defendant(s): _____

_____

2. Court (if Federal Court, name the district; if State Court, name the county) N/A

3. Docket number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Tallapoosa County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X)   No ( )

C. If your answer is YES:

1. What steps did you take? I file a Inmate grievance form, they didnt awwer it back.

2. What was the result? N/A

D. If your answer is NO, explain why not? because they would not awwer it back.

2

I. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Henry Lewis Murphy 42369

Address 316 Industrial Park Drive Dadeville 36853

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Jimmy Abbett Sheriff

is employed as Tallapoosa County Sheriff

at Tallapoosa County Jail

C. Additional Defendants Blake Jenning Jail Administrator Lt. Carolyn Moss, Sgt Frazier and officer Wood, officer Williams.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On the day of October 2, 2004 while being incarcerated here at the Tallapoosa County Jail I had an incedent where I begin to experience throbbing In my hear, I thought It may go away but did not after a half hour or so of In the Cube I wanted to talk to the Sgt, Frazier

(1)

5-25-05

extra sheet~ she told me that she would send the nurse. At this point I am thinking my Blood pressure Has Rose up on me. well I was sitting In pain with my Head acking and Throbbing for the rest of the Day. All I wanted was to have my Blood pressure checked. the OFFicer Never did get me any medical attention. that Is what I am filing My complaint on. It Is for Not Giving me medical attention when I Need It. some thing serious could Have of this. I still Don't know that It did not Hurt me In some Kind of way. poss. or a Controled substance Disturbition of a Controled Sub. my second shift OFFicer's in which they are not licenced to poss and Disturbute from officer to Inmate only Nurse's and on Doctor are qualifyed to poss / Dist. Controded substance medication,

② 5-25-05

Extra sheet

All defenses including must be set forth in the written report or such defenses may by waived. Authorization is hereby granted to interview all witnesses, including the plaintiff. Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report. Where plaintiff's claim or Defendant's defenses relate to or involve the application of administrative Rules Regulations or guidelines the written report shall include copies of all such application administrative rules, regulation or guidelines. Plaintiff is hereby advised that the Court will consider only those Requests presented in an appropriate motion which is in the proper form. Consequently, any application warrant consider by the Court.

My Head throbbing I Needed to call the Officer on duty at the time, the Officer which Is Name officer woods he came and told me He would Get the nurse. I Kept whiting on Him to Return with the nurse and he Never did I Call to the Cube after waiting for the nurse and told them.

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am Request if I am been Rewarded any Money I Like each defendant's pay's me $50,000.00 a day for Refuse medication attention.

Thank you Very much!

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-25-05 .

Winny Lewis Murphy

Signature(s)