Murphy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jimmy Abbott, Sheriff
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

3:05CV501 (cmp. order 40 day)

2. Article Number
   (Transfer from service label)

   7004 2510 0001 0150 7027

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jmi M_____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Tony McCay                    6-27-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes