Murphy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Frazier
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

3:05CV501 (cmp, order 40 dys)

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 7058

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jm McCen_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Jm McCen                        6-27-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

Murphy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Blake Jennings
   Jail Administrator
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

3:05CV501 (cmp, order 40 dys)

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 7034

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jm McCen_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Jm McCen                        6-27-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

murphy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Carolyn Moss
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

3:05cv501 (Comp, order 40 dys)

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 7041

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature: Toni McCen]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Toni McCen
C. Date of Delivery: 6-29-05

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

murphy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer William
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

3:05cv501 (Comp order 40 dys)

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 7072

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature: Toni McCen]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Toni McCen
C. Date of Delivery: 6-29-05

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Murphy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Woods
   Tallapoosa County Jail
   316 Industrial Park Drive
   Dadeville, AL 36853

3:05CV501 (cmp. order to dep)

2. Article Number
   (Transfer from service label)    7004 2510 0001 0150 7065

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Toni McLain        ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Toni McLain                    6-29-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes