IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HENRY L. MURPHY,        ) | |
| )  | |
|    Plaintiff,        ) | |
| )  | |
| v.        ) | CIVIL ACTION NO. 3:05-CV-501-MHT |
| )  | |
| JIMMY ABBETT, et al.,        ) | |
| )  | |
|    Defendants.        ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on February 14, 2006 (Court Doc. No. 8), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the defendants be GRANTED an extension to and including March 15, 2006 to file their answer and special report.

Done this 15th day of February, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE